USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LUIS VALERIO,

Defendant.

No. 07 Cr. 235 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is now in receipt of a letter from the Government, dated March 4, 2019, asserting that Defendant is not eligible for a sentence reduction pursuant to the FIRST STEP Act of 2018 and the Fair Sentencing Act of 2010 (*see* Dkt. 46). No later than December 20, 2019, Defendant shall respond to the Government's letter.

SO ORDERED.

Dated: November 26, 2019
New York, New York

Ronnie Abrams
United States District Judge