USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/7/20.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LUIS VALERIO,

Defendant.

No. 07 Cr. 235 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As stated in the Court's previous order, the Court is in receipt of a letter from the Government, dated March 4, 2019, asserting that Defendant is not eligible for a sentence reduction pursuant to the FIRST STEP Act of 2018 and the Fair Sentencing Act of 2010. On November 26, 2019, the Court instructed Defendant to respond to the Government's letter no later than December 20, 2019. Defendant has not done so. No later than January 14, 2020, Defendant shall respond to the Government's March 4th letter. If Defendant fails to do so, the Court will assume that no further action is sought in this action.

SO ORDERED.

Dated: January 7, 2020
New York, New York

Ronnie Abrams
United States District Judge